STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.bennett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4-21-MJ-71181 MAG |
|     Plaintiff, | |
|     v. | **STIPULATION AND ORDER CONTINUING HEARING** |
| CENIOUS BREWSTER, | Current Date: May 10, 2022 at 10:30 A.M. |
| | Proposed Date: May 23, 2022 at 10:30 A.M. |
|     Defendant. | |

       The defendant is currently scheduled to appear before the Court on April 18, 2022, at 10:00 a.m., for status on preliminary hearing or arraignment. The government has produced discovery and relayed a pre-indictment plea offer, which defense counsel needs additional time to review with the defendant. The parties accordingly request that the May 10, 2022, hearing be continued to May 23, 2022, at 10:30 A.M., to allow for the effective preparation of counsel.

       The parties are further requesting that the time between May 10, 2022, and May 23, 2022, be excluded from the speedy trial clock. The parties agree that the additional time is necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy

1  trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

2  The parties further submit that good cause exists for extending the time limits for preliminary

3  hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an

4  indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).   The defendant

5  consents to the extension of time.

6  The undersigned Assistant United States Attorney certifies that she has obtained approval from

7  counsel for the defendant to file this stipulation and proposed order.

8  DATED: May 9, 2022                    Respectfully Submitted,

9                                        STEPHANIE M. HINDS
10                                       United States Attorney

11                                       _____
                                                  //S//
12                                       SAMANTHA BENNETT
                                         Assistant United States Attorney

13                                       _____
                                                  //S//
14                                       JOYCE LEAVITT
                                         Attorney for Cenious Brewster

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CASE NO. 4-21-MJ-71181 MAG

1

## ORDER

2       The status hearing currently scheduled for defendant Cenious Brewster for May 10, 2022, is

3 rescheduled for May 23, 2022, at 10:30 A.M.

4       The Court further finds that the exclusion of time from May 10, 2022, through and including

5 May 23, 2022, is warranted and that the ends of justice served by the continuance outweigh the best

6 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to

7 grant the requested continuance would deny effective preparation of counsel and would result in a

8 miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

9       The Court further finds good cause for extending the time limits for a preliminary hearing under

10 Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment

11 under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

12       IT IS SO ORDERED.

13

14 DATED:  <u>May 9, 2022</u>

15

16 

17

              HON. DONNA M. RYU

18              United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CASE NO. 4-21-MJ-71181 MAG